IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:12-cr-186-DPM

WALLANDO ONEZINE; KEITH SANDERS;
DEVON TRANELL McCLAIN; MARK AARON
ZANE PRUITT; LANDON COPE; JUSTIN PENNOCK
ALEX EVANS; and HUNTER GLADDEN                              DEFENDANTS

ORDER

Because of the uncertainty about whether we're going to trial, the Court will proceed with the questionnaire for potential jurors. The Court has updated the dates and made some minor changes. Otherwise the letter and questionnaire are substantively the same as last year's versions. № 201.

Here's the timeline. The Clerk will mail everything out by 14 July 2014. The Clerk will duplicate responses, assign a number to each, and distribute them to counsel by 4 August 2014. Counsel must meet and confer by 10 August 2014 to determine if they are agreed that certain potential jurors should be excused. Each party must file any objections — referring to potential jurors only by number — by 11 August 2014. Also note any agreement about excusing any potential juror. The Court will rule on any objections at the pre-trial on 14 August 2014. During the hearing, counsel must refer to potential

jurors only by their assigned number.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 July 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Richard Sheppard Arnold United States Courthouse
600 West Capitol, Room B149
Little Rock, Arkansas 72201-3325

**D.P. MARSHALL JR.**
U.S. District Judge

(501) 604-5410
FAX:    (501) 604-5417

10 July 2014

Re: United States v. Wallando ("Wiley") Onezine, Keith ("Key") Sanders, Devon Tranell McClain, Mark Aaron Zane Pruitt, Landon Cope, Justin Pennock, Alex Evans, and Hunter Gladden
4:12-cr-186-DPM

Dear Prospective Juror:

The Court and the parties need your help in selecting the jury for this case. The Defendants are charged with various heroin-related drug crimes and firearms crimes. **Please complete and return the enclosed questionnaire by 28 July 2014.** Only the Court and the lawyers will see your answers. We need this information to select a qualified and impartial jury.

Follow these instructions until you have been excused from further service in this case:

- Do not read or listen to any news accounts whether in a newspaper, on the television, on the radio, or on the Internet concerning this case or the defendants.

- Do not at any time discuss this case with anyone, including your friends, family members, or other members of this jury panel.

- Do not let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case, talk to your about your views or any aspect of this case except officially in the courtroom.

The jurors will live at home and have evenings and weekends free. The Court will hold trial Monday through Friday, from 8:00 a.m. until around 4:00 p.m. The trial will begin on September 2, 2014 and is expected to last six weeks. Your contact with other people will not be restricted during the trial, although you will not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive.

Please answer each question completely and accurately. Keep in mind that there are no right or wrong answers. Do not talk with or consult relatives or friends in answering the questionnaire. Fill it out on your own as best you can. Do not leave any questions blank. If a question doesn't apply to you in any way, answer "Not Applicable" or "N/A." If you cannot answer a question because you don't understand it, answer "Do not understand." If

you cannot answer a question because you don't know the answer, write "Do not know." If you need extra space to answer any question, please use the blank space at the end of the questionnaire. Be sure to indicate on the blank space the number of the question you're answering.

**Sign the questionnaire when you're done answering it. Your answers will have the effect of a statement under oath.**

When the jury-selection process begins in court, you'll probably be asked some follow-up questions based on one or more of your answers to the questionnaire. If there is any personal or confidential information you prefer to discuss privately, you'll have an opportunity to do so during the selection process in court.

Thank you for following all these instructions and for answering the questionnaire carefully and honestly. Your full cooperation is very important to the Court, the parties, and the administration of justice under law.

                                        Very truly yours,

                                        D.P. Marshall Jr.
                                        U.S. District Judge

**CONFIDENTIAL**

1. Name:_____

2. Age: ___ Sex:_____    Race or National Origin: _____

3. City of Residence: _____ Zip Code: _____

4. How long have you lived at your current residence? _____

5. How long have you lived in Arkansas? _____

6. Please list all cities and states where you have lived during the past ten years: _____
   _____
   _____
   _____

7. Where did you grow up? (Please list all places, if more than one.)
   _____
   _____
   _____

8. Place of Birth: _____

9.  a. Do you have difficulty reading, speaking, or understanding English?       ___ Yes ___ No

    b. Is English your primary language?       ___ Yes ___ No

    c. Can you read and write without difficulty?  ___ Yes ___ No

-1-

**CONFIDENTIAL**

If not, please describe the difficulty. _____

_____

10. a. Do you have:

| | | |
|---|---|---|
| Hearing difficulties? | __ Yes | __ No |
| Difficulties in seeing? | __ Yes | __ No |
| Someone to care for? | __ Yes | __ No |
| Regular doctor's appointments? | __ Yes | __ No |
| Or other similar problems? | __ Yes | __ No |

b. If "yes" to any of the above, please explain: _____

_____

_____

_____

11. This trial is estimated to last six weeks and will be a challenge for everyone. If service on this jury would result in **undue** hardship for you, please explain the hardship in detail:

_____

_____

_____

_____

_____

_____

**CONFIDENTIAL**

12. a. Do you have any health problems that would make it difficult to sit in court and listen to evidence or actively participate in jury deliberations daily for several weeks? This would include any condition affecting your memory or other faculties, mental, or physical.

 ___ Yes ___ No

 b. If yes, please briefly explain:_____

 _____

 _____

 _____

13. a. Is there anything else of a personal or professional nature that might make it difficult for you to concentrate on this trial?

 ___ Yes ___ No

 b. If yes, please briefly explain: _____

 _____

 _____

 _____

14. a. Do you have travel, vacation, or any other important family or professional commitment planned between September 2, 2014, and October 10, 2014?

 ___ Yes ___ No

-3-

**CONFIDENTIAL**

b. If yes, please explain in detail (include dates, destination, the nature of your plans (work/leisure), and whether these plans can be changed):

_____
_____
_____
_____
_____

15. a. Have you, your spouse, or anyone close to you ever been arrested for or charged with a crime?

    ____Yes ____No

    b. If yes, please explain. Include the crime charged, court, and outcome of the case.

    _____
    _____
    _____
    _____

    c. Did you feel the judicial system worked fairly in those matters?

    ____Yes ____No

**CONFIDENTIAL**

    d. If no, please explain why you believe it did not work fairly.

_____

_____

_____

_____

16. a. Is there anything about your opinion of the judicial system or criminal justice system that might affect your ability to be a fair and impartial juror?

                                                                                                     ____ Yes ____ No

    b. If yes, please explain:_____

_____

_____

17. a. The individuals who may be on trial in this case are:

               Wallando "Wiley" Onezine
               Keith "Key" Sanders
               Devon Tranell McClain
               Mark Aaron Zane Pruitt
               Landon Cope
               Justin Pennock
               Alex Evans
               Hunter Gladden

Do you know any of these individuals, or think you may have heard of them?
                                                                             ____ Yes ____ No

**CONFIDENTIAL**

b. If yes, please explain:_____

_____

_____

_____

_____

18. a. The charges in this case allege that the death of ███████, ███
    ███, or both, resulted from the use of heroin distributed in this
    case. Do you think you may have known or have heard of ███
    ███, ███████, or both of them?

    ___Yes ___No

    b. If yes, please explain:

    _____

    _____

    _____

    _____

    _____

19. a. Have you, a relative, or a close friend ever been arrested for or charged
    with a crime involving the possession or distribution of any controlled
    substance?

    ___ Yes ___ No

**CONFIDENTIAL**

b. If yes, please explain. Include the crime charged, court, and outcome of the case.

_____
_____
_____
_____
_____
_____
_____

c. Did you feel the justice system worked fairly in those matters?

___ Yes ___ No

d. If no, please explain why you believe it did not work fairly.

_____
_____
_____
_____

20. What is your main source of news?
    ___ Newspaper
    ___ Radio
    ___ TV News
    ___ Conversation with others
    ___ Cable News
    ___ Internet

**CONFIDENTIAL**

21. What newspapers, magazines, or websites do you read on a regular basis, if any? _____

    _____

    _____

22. The United States charges various drug crimes and alleges that two deaths resulted from the use of the heroin. But this is not a capital murder case, and the death penalty is not an issue here. The United States also charges one of the defendants with various firearms offenses.

    a. Is there anything about the nature of these charges that makes you feel it would be difficult or impossible for you to be an impartial and fair juror?

    ___ Yes ___ No ___ Not sure

    b. If yes or not sure, please explain:

    _____

    _____

    _____

    _____

-8-

**CONFIDENTIAL**

23. a. There have been a few reports in the media about this case. Do you think you may have seen, read, or heard something about this case? (This includes anything you may have been told about the case by friends, relatives, or co-workers.)

    _____ Yes _____ No

    b. If yes, please explain:

    _____
    _____
    _____
    _____

24. a. Have you read or posted any comments about this case, or anyone involved in this case, on a blog or any other website?

    _____ Yes _____ No

    b. If yes, please explain:

    _____
    _____
    _____
    _____

**CONFIDENTIAL**

25. a. Do you have an opinion about whether any defendant is guilty or not guilty of the crimes with which he has been charged?

    _____ Yes _____ No

    b. If yes, please explain:

    _____
    _____
    _____
    _____

27. If you are selected to serve as a juror on this case, would you be concerned about reactions to the verdict, whether guilty or not guilty, by:

    | Friends | _____ Yes _____ No |
    | Relatives | _____ Yes _____ No |
    | The media | _____ Yes _____ No |
    | People in the community | _____ Yes _____ No |

    If yes, what kind of concerns would you have? Please explain:

    _____
    _____
    _____
    _____
    _____

**CONFIDENTIAL**

28. Do you have any religious beliefs that prevent you from sitting in judgment of others?

  ____Yes ____ No

29. Have you, your spouse, family member, or any one close to you ever been in law enforcement? If yes, please briefly explain.

  _____
  _____
  _____
  _____
  _____

30. Do you have any difficulty sitting as a fair and impartial juror in a case involving heroin?

  ____Yes ____ No

**CONFIDENTIAL**

31. Have you, your spouse, family member, or anyone close to you ever undergone treatment, hospitalization, or confinement for drug use? If yes, please briefly explain.

  ____Yes ____ No

  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____

32. Do you have any difficulty sitting as a fair and impartial juror in a case involving firearms?

  ____Yes ____ No

33. a. Is there anything else that you would like to bring or need to bring to the attention of the Court or the attorneys in this case?

  ____Yes ____ No

  b. If yes, please explain:

  _____
  _____
  _____
  _____
  _____

**CONFIDENTIAL**

34. a. As a result of filling out this questionnaire, have you now formed any opinion about this case?

\_\_\_\_ Yes \_\_\_\_ No

b. If yes, please explain:

_____

_____

_____

_____

_____


Supplemental Answers

_____

_____

_____

_____

_____

_____

**CONFIDENTIAL**

**CONFIDENTIAL**

I declare that my answers are true and correct to the best of my knowledge. I understand that it is a crime under 18 U.S.C. § 1001, punishable by up to five years imprisonment, to make a false statement to the Court.

Signature: _____   Date: _____

Name: _____

Address: _____